AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| JOSHUA PAUL HANSEN | ) | 1:17mj49-GRJ |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/12/2017__ in the county of __Alachua__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 26, United States Code, Sections 5861(d) and 5871 | Possession of an unregistered silencer |

This criminal complaint is based on these facts:

See attached affidavit of ATF Special Agent Shawn Newsom, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Shawn Newsom, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct. 12, 2017

_____
*Judge's signature*

Gary R. Jones, United States Magistrate Judge
*Printed name and title*

City and state: Gainesville, Florida

